UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────┐
│ REDAFCO, INC.               │
│                             │
│         Plaintiff,          │
│                             │
│      -against-              │
│                             │
│ PHILADELPHIA INDEMNITY      │
│ INSURANCE COMPANY,          │
│                             │
│         Defendant.          │
└─────────────────────────────┘
```

25-CV-4891 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    On June 24, 2025, the Court held an initial pretrial conference in the above-captioned case. Plaintiff's counsel did not appear and has yet to file a notice of appearance. The Court therefore orders plaintiff's counsel to (i) file an affidavit explaining his failure to appear by no later than June 26, 2025 at 5 P.M. and (ii) file a notice of appearance by that same deadline. If plaintiff's counsel fails to follow the Court's order or if his explanation is not satisfactory, then the Court will dismiss the case with prejudice for failure to prosecute. If, however, plaintiff's counsel abides by the Court's order and his explanation is satisfactory, then the Court will order the parties to jointly call chambers on June 27, 2025 to discuss their proposed case management plan.

    SO ORDERED.

New York, NY
6/24, 2025

_____
JED S. RAKOFF, U.S.D.J.