UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
REDAFCO, INC.

            Plaintiff,

    -v-

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

            Defendant.
```

25-cv-4891 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

The defendant, Philadelphia Indemnity Insurance Company ("PIIC"), sent a letter to the Court on September 5, 2025 explaining that plaintiff Redafco, Inc. had failed to respond to the defendant's interrogatories and requests for production. The letter further indicated that despite PIIC's successive attempts to convene a meet and confer with Redafco, and then eventually a joint telephonic conference with the Court, Redafco had failed to join any of the scheduled calls or follow up by email.

Accordingly, the Court directs PIIC to file, by 10 a.m. Tuesday, September 9, a motion to compel responses to its interrogatories and requests for production by noon on Friday, September 12. Redafco is ordered to file its response to the motion by 5 p.m. on Wednesday, September 10.

SO ORDERED.

New York, NY
September 8, 2025
10:20 a.m.

JED S. RAKOFF, U.S.D.J.