```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| REDAFCO, INC.<br><br>        Plaintiff,<br><br>    -v-<br><br>PHILADELPHIA INDEMNITY<br>INSURANCE COMPANY,<br><br>        Defendant. | 25-cv-4891 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On September 8, 2025 defendant Philadelphia Indemnity Insurance Company ("PIIC") filed a motion to compel responses to its interrogatories and requests for production from plaintiff Redafco, Inc. Plaintiff was given the opportunity to respond to the motion by 5 p.m. on Wednesday, September 10. In the event, however, plaintiff did not file any papers in opposition.

Accordingly, the Court grants the uncontested motion to compel responses and requests for production. Redafco must answer the interrogatories and provide documents in response to PIIC's requests for production by noon on Friday, September 12, 2025.

    SO ORDERED.

New York, NY
September 11, 2025

                                        JED S. RAKOFF, U.S.D.J.