```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| REDAFCO, INC.<br><br>        Plaintiff,<br>    -v-<br><br>PHILADELPHIA INDEMNITY<br>INSURANCE COMPANY,<br>        Defendant. | 25-cv-4891 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

That parties' joint Motion for a Protective Order, see ECF No. 16, does not comply with the Court's Model Order. See Judge Rakoff's Model Protective Order, https://nysd.uscourts.gov/sites/default/files/practice_documents/JSR%20Rakoff%20Model%20Protective%20Order%2007.28.2020.pdf; see also Judge Rakoff's R. of Prac. 14(a) ("All parties that wish to propose a protective order must . . . submit a proposed protective order that conforms as closely as possible with the Court's Model Protective Order . . . . If the parties alter the Court's Model Protective Order in any way other than conforming the caption and signatures, they must provide a redline indicating all such modifications by email to Chambers."). Accordingly, the Court denies the motion, but without prejudice to submitting a new proposed order that complies with the Court's rules.

SO ORDERED.

New York, NY
September 25, 2025

_____
JED S. RAKOFF, U.S.D.J.